Cheryl Carpenter, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Asst. Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J. and CHARLES BLACKMAR, Sr.J.

### ORDER

PER CURIAM.

Robert Mauer ("Movant") appeals from the judgment denying his Rule 24.035 motion to vacate, set aside or correct his judgment and sentence without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(j). An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Movant appeals the judgment denying his rule 29.15 motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Anthony C. MINER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75311.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 19, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 5, 2000.

Application for Transfer Denied Feb. 22, 2000.

Deshaun JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75348.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 19, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 5, 2000.